# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00157-CV

**M. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT NO. C-12-0085-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

M.M. appeals from the trial court's decree terminating his parental rights to his minor children, A.P.M., M.M., Jr., and M.M.M.[1] *See* Tex. Fam. Code § 161.001. In support of its petition to terminate M.M.'s parental rights, the Texas Department of Family and Protective Services alleged that M.M. knowingly placed or knowingly allowed the children to remain in conditions or surroundings which endanger the physical or emotional well-being of the children and engaged in conduct or knowingly placed the children with persons who engaged in conduct which endangers the physical or emotional well-being of the children. *See id.* § 161.001(1)(D), (E). Following a termination hearing, the trial court found by clear and convincing evidence that statutory grounds for terminating M.M.'s parental rights existed and that termination was in the children's best interest.

---

[1] We refer to the father and his children by their initials only. *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.

On appeal, M.M.'s court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Counsel certified to this Court that she provided M.M. with a copy of the *Anders* brief and motion for withdrawal of counsel and informed him of his right to examine the appellate record and to file a pro se brief. To date, M.M. has not filed a pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of all of the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have reviewed the entire record, including the *Anders* brief submitted on M.M's behalf and have found nothing that would arguably support an appeal. We agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's order terminating M.M's parental rights and grant counsel's motion to withdraw as attorney of record.

_____
Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Affirmed

Filed: June 11, 2014

2